**Norman A. BRYSON, Petitioner–Appellant,**

v.

**Martha A. WANNAMAKER, Warden; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–6800.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Nov. 5, 2001.

Norman A. Bryson, pro se. Donald John Zelenka, Chief Deputy Attorney General, Jeffrey Alan Jacobs, Office of the Attorney General, Columbia, SC, for appellees.

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Norman A. Bryson seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and denying his motion to alter or amend. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. This was Bryson's second § 2254 petition, and he did not obtain permission from this Court to file the petition pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp.2001). Further, the record belies Bryson's claim that his first petition was not decided on the merits. Finally, Bryson cannot now challenge the decision in the prior § 2254 petition. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*